WEIR & PARTNERS LLP
A Pennsylvania Limited Liability Partnership
BY:   CAROLYN C. LINDHEIM, ESQUIRE
457 HADDONFIELD ROAD, SUITE 420
CHERRY HILL, NJ 08002
(856) 740-1490
(856) 740-1491 (Facsimile)
ATTORNEY ID NO.: 017141987
*Attorney for Defendant, PNC Bank, National Association, for itself and as successor in interest to National City Bank and First Franklin Financial Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MCINTYRE BLONDEL, ET AL | : | Case No. 2:13-cv-05614-CCC-MAH |
| | : | |
| Plaintiffs | : | **NOTICE OF MOTION TO SET** |
| | : | **DEADLINES FOR PLAINTIFFS** |
| vs. | : | **TO RETAIN NEW COUNSEL** |
| | : | |
| BANK OF AMERICA, N.A., ET AL | : | |
| | : | |
| Defendants | : | **Document Filed Electronically** |

**To:   All Counsel of Record**

PLEASE TAKE NOTICE that on November 17, 2014, the undersigned attorney for Defendant PNC Bank, National Association shall move before the Honorable Claire C. Cecchi, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom MLK 2B, Newark, NJ 07101 at 9:00 A.M., for an Order setting a deadline by which Plaintiffs must retain new counsel.

Defendant PNC Bank, National Association will rely upon the attached Certifications of Counsel. A proposed form of Order is attached. Oral Argument is not requested.

-2-

                                        WEIR & PARTNERS LLP  
                                        A Pennsylvania Limited Liability Partnership

Date: October 17, 2014         BY: s/ Carolyn C. Lindheim  
                                          Carolyn C. Lindheim, Esquire  
                                          457 Haddonfield Road, Suite 420  
                                          Cherry Hill, NJ 08002  
                                          (856) 740-1490  
                                          (856) 740-1491 (Facsimile)  
                                          Clindheim@weirpartners.com  
                                          Attorney for Defendant PNC Bank, National Association