**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MCINTYRE BLONDEL, ET AL | : | Case No. 2:13-cv-05614-CCC-MAH |
| | : | |
| Plaintiffs | : | **ORDER** |
| | : | |
| vs. | : | |
| | : | |
| BANK OF AMERICA, N.A., ET AL. | : | **Document Filed Electronically** |
| | : | |
| Defendants | : | |

THIS MATTER having been brought before the Court by Weir & Partners LLP, attorneys for Defendant PNC Bank, National Association and the Court having considered the submission of counsel, and for good cause shown;

IT IS on this _____ day of _____, 2014, ORDERED that Defendant's Motion to Set Deadlines for Plaintiffs to Retain New Counsel is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall file substitutions of counsel on or before _____, 2014.

A hearing is scheduled for _____, 2014 at _____ __.m.  Plaintiffs shall attend that hearing along with new counsel or the court will consider imposition of sanctions, including dismissal of Complaint.

_____
Honorable Claire C. Cecchi, U.S.D.J.