WEIR & PARTNERS LLP
A Pennsylvania Limited Liability Partnership
BY:    CAROLYN C. LINDHEIM, ESQUIRE
457 HADDONFIELD ROAD, SUITE 420
CHERRY HILL, NJ 08002
(856) 740-1490
(856) 740-1491 (Facsimile)
ATTORNEY ID NO.: 017141987
*Attorney for Defendant, PNC Bank, National Association, for itself and as successor in interest to National City Bank and First Franklin Financial Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MCINTYRE BLONDEL, ET AL | : | Case No. 2:13-cv-05614-CCC-MAH |
| | : | |
| Plaintiffs | : | **BRIEF IN SUPPORT OF** |
| | : | **NOTICE OF MOTION TO SET** |
| vs. | : | **DEADLINES FOR PLAINTIFFS** |
| | : | **TO RETAIN NEW COUNSEL** |
| BANK OF AMERICA, N.A., ET AL. | : | |
| | : | **Document Filed Electronically** |
| Defendants | : | |

In accordance with Local Rule 7.1(d)(4), no Brief is necessary for this Motion since the request is administrative/procedural in nature and is Defendant's attempt to keep the matter active.  Defendant's motion does not seek any ruling on the merits of the case nor does it request dispositive relief.

WEIR & PARTNERS LLP
A Pennsylvania Limited Liability Partnership


Date: October 17, 2014          BY: s/ Carolyn C. Lindheim
                                    Carolyn C. Lindheim, Esquire
                                    457 Haddonfield Road, Suite 420
                                    Cherry Hill, NJ 08002
                                    (856) 740-1490
                                    (856) 740-1491 (Facsimile)
                                    Clindheim@weirpartners.com
                                    Attorney for Defendant PNC Bank, National
                                    Association