**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

October 29, 2014

Jeanne Lahiff, Esq.
9 Cayuga Road
Cranford, New Jersey 07016

  Re: **Blondel, et al. v. American Mortgage Network, Inc., et al.**
     **Civil Action No. 13-5614** (CCC)

Dear Ms. Lahiff:

  The Court is in receipt of your letter dated August 27, 2014.  You are hereby Ordered to provide to the Court contact information and the last known addresses of all Plaintiffs in the above-captioned matter no later than **November 5, 2014**.  The status telephone conference scheduled for October 30, 2014 is adjourned.

            Sincerely,

            _s/ James B. Clark, III_
            **JAMES B. CLARK, III**
            **United States Magistrate Judge**

cc: all counsel (via ECF)