UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

November 19, 2014

Jeanne Lahiff, Esq.
9 Cayuga Road
Cranford, New Jersey 07016

    Re:    **Blondel, et al. v. American Mortgage Network, Inc., et al.**
             **Civil Action No. 13-5614 (CCC)**

Dear Ms. Lahiff:

      The Court is in receipt of your email dated November 17, 2014 wherein you included an attachment of the Plaintiffs in the above-captioned matter, along with their email addresses and telephone numbers. However, the Court's prior Order explicitly requested the <u>last known addresses of all Plaintiffs</u>. Moreover, the Court is aware that you have provided home addresses for Plaintiffs in other matters before this Court. You are hereby ordered to file same on the docket no later than **December 3, 2014**. In the alternative, you shall file an affidavit under penalty of perjury stating that the requested information is not in your possession, custody or control. Additionally, any contact with this Court must be made in writing and shall be electronically filed on the Court's ECF System. Failure to comply with the mandates of this Order will result in sanctions.

                                              Sincerely,

                                                s/ James B. Clark, III
                                           **JAMES B. CLARK, III**
                                           **United States Magistrate Judge**

cc: all counsel (via ECF)