Jeanne Lahiff, Esq.
8 Cayuga Road
Cranford, NJ 07016
Rsvp2jeanne@gmail.com
862-812-0623

The Hon. James B. Clark,
 Magistrate Judge
Martin Luther King, U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: <u>Blondel v. American Home Mortgage</u>,
    2:13-cv-05614-CCC-JBC

Dear Judge Clark:

    Pursuant to the Court's Order, annexed please find the names and last known postal addresses of the plaintiffs in the above captioned action.

                            Respectfully submitted,

                            *Jeanne Lahiff, esq/cp*
                            Jeanne Lahiff, Esq.

Cc:
All Defense Counsel, by PACER

| First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|
| Matt | Andreaccio | 238 hutchinson blvd | mount vernon | NY | 10552 |
| Eric | Arendash | 2503 Grant Ct | Norristown | PA | 19403 |
| Stephen | Babbitt | 3521 A Post Rd | Wakefield | RI | 2879 |
| Penny | Bigelow | 11535 Via Princessa Ct. | Las Vegas | NV | 89138 |
| McIntyre | Blondel | 154 Indian Run Parkway | Union | NJ | 7083 |
| Doreen | Blondel | 154 Indian Run Parkway | Union | NJ | 7083 |
| Kenneth | Boyle | 109 Brick Ave | Harbor | NJ | 8734 |
| Dave | Buchanan | 11576 SW 89th Terrace | Ocala | FL | 34481 |
| Michael | Byrne | 240 E. Bishop Hollow Rd | Media | PA | 19063 |
| Troy | Cairns | 1303 Garrison St | Lakewood | CO | 80215 |
| Steven | Campos | 4937 Welter Ave | Las Vegas | NV | 89104 |
| Richard | Caselli | 7 Iron Horse Trail | Ladera Ranch | CA | 92694 |
| Manuel | Castillo | 108-40 49th Ave | Corona | NY | 11368 |
| Tony | Coleman | 23 bancroft Rd | newcastle | DE | 19720 |
| Christopher G | Cordova | 20192 HWY 42 | Myrtle Point | OR | 97458 |
| Danny | Curry | 14357 Butercup Drive | Olive Branch | MS | 38654 |
| Helen | Davis | 1221 Princeton ave | salt lake | UT | 84032 |
| Thomas | DeQuatro | 14 West Ave. | Old Bridge | NJ | 8857 |
| Jacob | Dobbs | 2112 Pinelawn Avenue | Rotterdam | NY | 12306 |
| Steven | Dowling | 2732 Lafayette Street | Denver | CO | 80205 |
| Nathaniel | Ennels | 34435 Fox Hound | Parsonsburg | MD | 21849 |
| Lola | Ennels | 34435 Fox Hound | Parsonsburg | MD | 21849 |
| KRISTIN B. | ETHEREDGE | 2366 PUU MALA PLACE | KIHEI | HI | 96753 |
| Donna | Ferguson | 20 Poplar cr | Peekskill | NY | 10566 |
| Leonard | Fernandez | 208 64th St. SW | Albuquerque | NM | 87121 |
| Tracey | foxx | 82 Albert Rd. | Valley Stream | NY | 11580 |
| Elaine | Frances | 5829 Canyon Reserve Hts | Colorado Springs | CO | 80919 |
| Yvonne | Fraser | 13552 SW 81st Cir. | Ocala | FL | 34473 |
| Jeffrey | Frey | 195 SURREY COURT | RAMSEY | NJ | 7446 |
| David | Fritz | 135 Bridle Cir | Lancaster | PA | 17603 |
| WILLIAM | GARY | 448 E. 139TH ST. | BRONX | NY | 10454 |
| MARLENE | GAYLE | 28 RUMPLERT CT. | STATEN ISLAND | NY | 10302 |
| Wilbur | Gibson | 6650 Royal Country Down Drive | Windsor | CO | 80550 |
| John | Gill | 1257 New Bedford Lane | Reston | VA | 20194 |
| Kathleen | Graham | 7374 Quartz St | Arvada | CO | 80007 |
| Lula | Gross | 76 Treno Street | New Rochelle | NY | 10801 |
| Mohammad | Haghighi | 5 Helen Street | Secaucus | NJ | 7094 |
| Randall B. | Hays | 1391 E Jasper Dr | Gilbert | AZ | 85296 |
| Douglas M. | Howanich | 145 Spruce Circle N. | Barnegat | NJ | 8005 |
| Dan Huntzicker | | 1190 Reserve Way Unit 104 | Naples | FL | 34105 |
| Dan Huntzicker | | 1408 Yellowstone Drive | Streamwood | IL | 60107 |

| First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|
| Syed | Hussain | 46660 Clearview ter | Sterling | VA | 20164 |
| Dawn | Irvin | 43369 Deepspring Court | Ashburn | VA | 20147 |
| Clovis | Jones | 25555 N. Windy Walk Dr Unit 50 | Scottsdale | AZ | 85255 |
| Gregory | Jones | 6207 Oxford Peak Lane | Castle Rock | CO | 80108 |
| Haroon | Khan | 604 Gala Way | New Market | MD | 21774 |
| Heinz | Kinda | 435 NE 1st St. | Pampano Beach | FL | 33060 |
| Todd | King | 520 Championship Dr | Harleysville | PA | 19438 |
| Willie | Lumpkin | 3591 SW 146th Terrace | Miramar | FL | 33027 |
| Eric | Lunstead | 81 hill rd | groton | MA | 1450 |
| Frank | Macias | 11852 N. 59th Lane | Glendale | AZ | 85304 |
| Douglas | Manumaleuga | 3860 W. Alameda Rd | Glendale | AZ | 85310 |
| Mark | Marra | 504 Twin Cove Ln | Dowell | MD | 20629 |
| Annie | MaTHEW | 246 Mountaindale Rd | Yonkers | NY | 10710 |
| John | MaTHEW | 257 RIDGE ST | NEW MILFORD | NJ | 7646 |
| Sinkeletica | Mathew | 14 Cherrywood Dr. | Schaumburg | IL | 60194 |
| LaToya | Mc Fields | 1804 Gould Dr | District Heights | MD | 20747 |
| TIMOTHY | MCDANIEL | 2779 WALNUT RIDGE DR | ANN ARBOR | MI | 48103 |
| JOSEPH | MCGINLEY | 1426 S CHARLES ST | BALTIMORE | MD | 21230 |
| PAMELA | MILLER | 11620 SECOR RD. | PETERSBURG | MI | 49270 |
| ANGELA | MOLINA | 359 SUMMER AVE. 1ST FLOOR | NEWARK | NJ | 7104 |
| George | Mungai | 8 Plymouth St | Methuen | MA | 1844 |
| Albert | Murphy | 2308 White Oak Dr. W | East Stroudsburg | PA | 18301 |
| Albert | Murphy | 708 Schenck Ave | Brooklyn | NY | 11207 |
| John | Nataluk | 245 Dorset Ct | piscataway | NJ | 8854 |
| Rodney | Naylor | 3535 Pierland dr | Pocohantas | IL | 62275 |
| Rodney | Naylor | 1716 S Buhr Mill Ct | Springfield | IL | 62704 |
| Biji | Ninan | 19 Lookout Place | Ardsley | NY | 10502 |
| Elaine | Nurse | 1740 Elk St | Piscataway | NJ | 8854 |
| Solomon | Nwachukwu | 10 Lewis St | Medford | MA | 2155 |
| Louis | Nwokeocha | 580 Grant Ave | North Baldwin | NY | 11510 |
| Alfredo | Olmedo | 92 Ray Blvd | Poughkeepsie | NY | 12603 |
| Elizabeth | Opraseuth | 1705 Lazy River Lane | Atlanta | GA | 30350 |
| KARN | PARFAIT | 1682 E. 49TH ST. | BROOKLYN | NY | 11234 |
| DAVID | PETTIS JR. | 2800 MICHELLE RD. | MANCHESTER | MD | 21102 |
| Michael | Podgurski | 5831 Creekside Dr. | Socastee | SC | 29588 |
| Vidyawattee | Pulchan | 11922 130th Street | South Ozone Park | NY | 11420 |
| Adem | Rastoder | 6025 67th Ave | Ridgewood | NY | 11385 |
| JULIA | RAVENELL | 4 STRETHAM CT. | OWINGS MILLS | MD | 21117 |
| Gustavo | Rivera | 67 Ashworth Ter | Haverhill | MA | 1832 |
| Cynthia | Roberts | 93 Beth Ann Circle | Meriden | CT | 6450 |
| Christine | Schimpf | 8125 Lagerfeld Dr. | Land O Lakes | FL | 34637 |

| First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|
| Juliet | Seymour | 17 Abigail Way | Sparta | NJ | 7871 |
| Vijay | Shankar | 22002 Vine Rd | Brier | WA | 98036 |
| Jeff | Sheriff | 4924 Cape Coral Dr | Dallas | TX | 75287 |
| Paul | Shin | 3509 VERONICA DR. | FLOWER MOUND | TX | 75022 |
| Hea S | Park | | | | |
| Ahelia | Singh | 4522 Hill Ave | Bronx | NY | 10466 |
| Joseph | Snider | 21 Sepgula Drive | Brown Mills | NJ | 8015 |
| Kent | Spencer | 2020 Falcon Hill Rd. | Fort Collins | CO | 80524 |
| Allison | Stoveken | 348 Macartur Ave | Garfield | NJ | 70026 |
| | | 351 Stone Town Rd | Ringwood | NJ | 7456 |
| Sharon | Thompson | 18914 Spring Hollow Drive | Lutz | FL | 33559 |
| Albert | Travis | 8201 S. Green St., Floor 2 | Chicago | IL | 60620 |
| Edanna | Valdez | 32073 N. Buckskin Road | Queen Creek | AZ | 85143 |
| Sharron | Webb | 5012 Meadow Lake Dr | Richton | IL | 60471 |
| Annie | Webb | | | | |
| Jeremiah | Welsh | 16642 N. 38th Dr. | Phoenix | AZ | 85053 |
| Jacqueline | Wheeler | 3244 Jonagold dr | Harrisburg | PA | 17110 |
| Danyelle | Williams | 12 Ridgebury Dr. | Trumbell | CT | 6611 |
| Ronald | Willis | 100 Surf Dr | Bronx | NY | 10473 |
| Michael | Young | 5255 War Paint Place | Colorado Springs | CO | 80922 |
| Don | Zadok | 16 Burke St. | Manalapan | NJ | 7726 |
| Robert | Young | 153 Springtime Lane West | Levittown | NY | 11756 |
| Mitchell | Yeoman | 1331 Muir Drive | Gardnerville | NV | 89460 |
| Karen | Williams | 13 Sassinoro Blvd | Cortlandt Manor | NY | 10567 |