**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

December 10, 2014

To: All Plaintiffs

Re:   **Blondel, et al. v. American Mortgage Network, Inc., et al.**
        Civil Action No. 13-5614 (CCC)

Dear Plaintiff:

By Order of the United States District Court for the Middle District of Florida dated August 1, 2014, The Resolution Law Group, PC, is enjoined from continuing from representing you in this case.  In light of that Order, the Receiver for the Law firm has asked that this Court stay this action to allow you to make arrangements to retain new counsel.

Accordingly, The Resolution Law Group, PC is hereby stricken as counsel of record.  You are hereby deemed to be proceeding *pro se*, but may retain separate counsel, if you so choose.  A hearing is scheduled for **January 13, 2015 at 3:00 P.M.**  You or your new counsel are hereby directed to attend that hearing or the Court will consider imposition of sanctions, including dismissal of the complaint.

Sincerely,

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

cc: all counsel (via ECF)