**Blonde vs American Mortgage Network**
randy6  to: jbc_orders                                    01/13/2015 01:24 PM

ATTENTION JAMES B. CLARK, III
United States Magistrate Judge

I apologize that I am not there in person but I reside in Arizona and could not afford
the cost of doing so.  DO NOT CLOSE MY CASE.  This matter is very confusing and
I would appreciate anyone who can enlighten me ASAP.

This letter is to ask the court to proceed with this action (Civil Action NO. 13-5614 (CCC))
and keep my suit in this matter open.  I have no intention of not pursuing the legal lines of
retribution for these companies for their part in the past housing corruption disaster.

Please proceed along these lines and keep this suit open.

Thank you.
-
Randy Hays
1391 E. Jasper Dr
Gilbert, AZ 85296
(480)280-5387
randy6@cox.net

January 12, 2015

Honorable James B. Clark, III
US Magistrate Judge
2 Federal Square, Room 369
Newark, NJ 07101

Re: Blondel, et al. v. American Mortgage Network, INC., et al.
   Civil Action No. 13-5614 (CCC)

Dear Judge Clark:

    My name is Timothy E. McDaniel. I am a named Plaintiff in the above entitled matter. I received your letter dated December 10, 2014 and was shocked by the contents. I hired the Resolution Law Group and paid them over $10,000 to represent me in this matter. I never received any updates and had no idea about the status of the pending claim.

    As a result , I am asking the court to give me a reasonable period of time to perform some due diligence so I can make a good decision on how to proceed. I would like to hire new counsel, but at this time, I don't have any information about the case.

    I am requesting an extension in this matter so I am able to make a more informed decision. Thank you very much in advance for any consideration extended to me.

Sincerely,

Timothy E. McDaniel
2779 Walnut Ridge Drive
Ann Arbor, MI 48103
734-223-7412

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

December 10, 2014

Timothy McDaniel
2779 Walnut Ridge Dr.
Ann Arbor, Ml 48103

    **Re:**    **Blondel, et al. v. American Mortgage Network, Inc., et al.**
            **Civil Action No. 13-5614 (CCC)**

Dear Mr. McDaniel:

    By Order of the United States District Court for the Middle District of Florida dated August 1, 2014, The Resolution Law Group, PC, is enjoined from continuing from representing you in this case. In light of that Order, the Receiver for the Law firm has asked that this Court stay this action to allow you to make arrangements to retain new counsel.

    Accordingly, The Resolution Law Group, PC is hereby stricken as counsel of record. You are hereby deemed to be proceeding *pro se*, but may retain separate counsel, if you so choose. A hearing is scheduled for **January 13, 2015 at 3:00 P.M.** You or your new counsel are hereby directed to attend that hearing or the Court will consider imposition of sanctions, including dismissal of the complaint.

                    Sincerely,

                    ___ s/ James B. Clark, III _____
                    **JAMES B. CLARK, III**
                    **United States Magistrate Judge**

cc: all counsel (via ECF)

TO: Judge James B. Clark III
(973-645-3020)

FROM: Tim McDaniel

RE: Civil Action No. 13-5614(CCC)

Blondel v American Mortgage Network, Inc

Date: 1/12/15

Ahelia Singh

4522 Hill Ave

Bronx, NY 10466

Dear Judge Clark,

I was one of Ian Berger clients and I was very convinced and impress with his ideas of trying to help me modify my mortgage. He seemed very legit and I myself conducted some research on him before I invested my time and money. I was very overwhelmed and concerned when I received a notice about his law firm which is currently under investigation and scrutiny for foreclosure fraud. Judge Clark, at this time I cannot afford an attorney and appear in court on January 13, 2015, due to work related issues. I invested over six thousand dollars in hopes of getting my mortgage modified which seemed very promising, as result I anticipate that this will be a difficult case and I hope something positive comes out of it. I would like my case to continue in this process and I was wondering if I can be assigned or appointed to a new counsel. Please feel free to contact me at 917 586 8717.

Sincerely,

Ahelia Singh

Nelia D Singh
4522 Hill Ave
Bronx, NY 10466

K, U.S. ...
TRICT OF ...
RECEI...

JAN 12   AM 11 29

0710129D199

ATTN: Judge James B. Clark III
U.S Courthouse
2 Federal Square, Room 369
Newark, NJ 07101



NEW YORK NY 100
05 JAN 2015   PM 11 L

FOREVER